IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Richard Stogsdill, Nancy Stogsdill, Mother of Richard Stogsdill, Robert Levin, and Mary Self, Mother of Robert Levin,<br><br>Plaintiffs,<br><br>vs.<br><br>Anthony Keck and the South Carolina Department of Health and Human Services,<br><br>Defendants. | C/A No. 3:12-cv-0007-JFA<br><br><br><br><br>**ORDER** |

On November 10, 2014, the Court issued an Order granting in part and denying in part summary judgment. At that time, the parties were instructed to submit additional briefs outlining the remaining claims related to Plaintiff Robert Levin ("Levin") to be tried to a jury. Both parties filed briefs essentially rearguing their summary judgment motions. (ECF Nos. 134 and 135). The Court reaffirms its prior ruling and denies summary judgment to both parties as to Levin's claims. The Court requests that the parties submit briefs detailing the issues to be tried to a jury and the specific authority for submitting such issues to a jury. Such briefs shall be submitted to the court within ten (10) days and shall not exceed twenty (20) pages, including attachments.

IT IS SO ORDERED.

December 1, 2014
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

1