IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Richard Stogsdill, Nancy Stogsdill, Mother of Richard Stogsdill, Robert Levin, and Mary Self, Mother of Robert Levin,<br><br>Plaintiffs,<br><br>vs.<br><br>Anthony Keck and the South Carolina Department of Health and Human Services,<br><br>Defendants. | C/A No. 3:12-cv-0007-JFA<br><br><br><br><br>**ORDER** |

This matter is before the Court on Plaintiff Richard Stogsdill's ("Stogsdill") Motion for Certification to Appeal Claims to Fourth Circuit. (ECF No. 155). In the motion, Stogsdill requests entry of an order allowing him to appeal this Court's decision on his motion for summary judgment. (ECF No. 131). After careful consideration of this matter and review of the motion, the Court is constrained to deny the motion.

This case was instituted by Plaintiffs as a joint lawsuit. Despite the fact that this case is not designated as a class action, the causes of action alleged by the Plaintiffs are identical. As such, the Court believes any determination of specific issues as they relate to Plaintiff Robert Levin ("Levin") may also have some bearing upon the claims made by Stogsdill. Furthermore, as Levin' claims are slated to be heard by this Court during the February 2015 term of Court, a delay in appeal does not work a hardship on Stogsdill. Given these circumstances, the Court finds that any appeal of

1

Stogsdill's claims is most appropriately brought in conjunction with any possible appeal of Levin's claims.

For the foregoing reasons, Stogsdill's Motion for Certification to Appeal Claims to Fourth Circuit is hereby **DENIED**.

IT IS SO ORDERED.

December 33, 2014  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge

2